713 A.2d 978

**Kenneth Lloyd COLLINS, Appellant,**

v.

**STATE of Maryland, Appellee.**

**Misc. No. 10, Sept. Term, 1998.**

Court of Appeals of Maryland.

July 28, 1998.

Reconsideration Denied Aug. 21, 1998.

Peter E. Keith, Baltimore, for Appellant.

Gwynn X. Kinsey, Jr., Asst. Atty. Gen., J. Joseph Curran, Jr., Atty. Gen., for Appellee.

Before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

The Court having considered the application for leave to appeal from a denial of a post-conviction relief in a capital case, the response in opposition to the application, and the reply to the State's response filed thereto, it is this 28th day of July, 1998,

ORDERED, by the Court of Appeals of Maryland, that the application be, and it is hereby, denied.

BELL, C.J., and ELDRIDGE, J., would grant the application; CHASANOW, J., did not participate in the consideration of this matter.